Hugh HALL, Harlan County Judge,
Appellant,

v.

Robert HOWARD, Individually etc., et al.,
Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Robert J. Watson, Watson & Watson, Middlesboro, for appellant.

William R. Forester, Green & Forester, Harlan, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

Joseph LABROZZI, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Louis M. Waller, Brandenburg, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

James STEWART, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Anthony M. Wilhoit and David E. Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Luther HENSLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

John M. Lyttle, Manchester, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

* Opinion ordered not to be published.